UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

THUONG VAN DANG,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

Case No. 1:26-cv-1538

Honorable Robert J. Jonker

## **ORDER**

      Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.). He argues that ICE unlawfully detained him without providing a bond hearing. (ECF No. 1-1, PageID.15-17). He asks the court to order his release "unless Respondents provide a constitutionally adequate § 1226(a) bond hearing." (*Id.* at PageID.19). Petitioner now concedes that on May 21, 2026, Respondents provided him with a bond hearing. (ECF No. 7, PageID.136). Because Petitioner has received the relief he requests in this petition—a bond hearing—his habeas claim is now moot. *See Gil-Blanco v. Raycraft*, No. 1:26-cv-770, ECF No. 9, PageID.147 (W.D. Mich. April 2, 2026) (dismissing case as moot where Petitioner acknowledged that he already received a bond hearing). Therefore, the Court dismisses his petition without prejudice.[1]

      **IT IS SO ORDERED.**

---

[1] Petitioner is free to challenge the nature of the bond hearing; however, any such challenge raises new claims that were not raised in Petitioner's original § 2241 petition and which are not presently before the Court. If Petitioner wishes to file a *new* § 2241 petition raising claims regarding the May 2026 bond hearing, Petitioner may do so by filing a new action.

Dated:  May 22, 2026                    /s/

                                       Robert J. Jonker
                                       United States District Judge